IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC 19 A 9:33

(State AIS# 208702)

Tony Olanda Walls (Co counsel #158886)
Full name and prison number of
plaintiff(s)

v.

Major Cary Tolbert
Lt. C. Welch
Nurse Stewart
Officer Rodgers

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05CV1206-T
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )  No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )  No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit: N/A
           Plaintiff(s) _____

           Defendant(s) _____

       2.  Court (if federal court, name the district; if state court, name the county) N/A

       3.  Docket No. N/A

       4.  Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center P.O. Box 2407 Opelika, AL 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Detention Center P.O. Box 2407 Opelika, AL 36801

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Major Cary Tolbert | 2311 Gateway dr. Opelika AL 36801 |
| 2. | Lt. C. Welch | 2311 Gateway dr. Opelika AL 36801 |
| 3. | Nurse Stewart | 2311 Gateway dr. Opelika AL 36801 |
| 4. | Officer Rodgers | = = = = = = |
| 5. | And Staff Officer Sellers | 2311 Gateway Dr Opelika AL 36801 |
| 6. | And Staff Sgt Jones | 2311 Gateway Dr Opelika AL 36801 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6-27-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and unusual punishment.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Lee County Detention Center, was Told I could Not see the docter or Nurse for the rest of my stay here By Nurse Stewart.
Person: Ms. Stewart - Nurse

GROUND TWO: Cruel and unusual punishment

SUPPORTING FACTS: Officer Rodgers told the other inmates in the jail that I told on him for bringing in Contraband (Tabacco). That put my life in a great deal of danger. I could have been beaten real bad or maybe even killed. (This is still happing)

GROUND THREE: Cruel and unusual punishment by the staff

SUPPORTING FACTS: Making me stay in cells with other inmates that wants to hurt me. Making me go to court at the same time being locked in holding cell with the ones that want to hurt me. Making me go to visitation with the ones that want to hurt me. And the officers just laugh about it.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Compensation for the pain and suffering I've went threw for the past 5 months. And for them to be Fired so that this will not happen to no one else by them.

_Tony D. Walls_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
             (date)

_Tony D. Walls_
Signature of plaintiff(s)

To: Sgt. T. Threat                                                                12/8/05
Shift ~~Supervised~~ Supervisor
Lee Co. Jail                          sign here Refused to sign   Date 12/15/05

To: Officer Wiltsie                  12/11/05 Officer Wiltsie refused to sign this
Lee Co. Jail                          because he said Lt Welch said for him not too.
                                      sign here Refused to sign Date 12/11/05

Inmate sign here Tony Walls Date 12/8/05

I inmate Tony O. Walls #15886 is letting you know that since I reported one of the officers here at the jail for bringing in cigarettes my life has been put in a great deal of danger. I've been in P.C. for a few months now. Since then on Nov. 21 I saw another officer bring cigarettes to another inmate in cell D-6. I reported it to Lt Welch on Nov 23 2005. Since I was taken to Coosa Co. to court now I'm back in E-1 in P.C. (Protective custody) sleeping on the floor with no working toilet for 5½ hours per night while cells are lock down. Anyway since then I've been told that one of the officers is offering some of the other inmates a $100.00 money order to beat me up or could even kill me. So I'm asking to please leave a note for the shift supervisers not to put no one in E-1 without Lt. Welch permission. and after court Dec 14 Please C51 me to prison. Tony Walls

To whom it may concern     12/18/05

From 10:30pm to 4:00AM is lights out or lock down. anyway since my return from Coosa Co Jail to here at Lee Co Jail. I've been sleeping in the floor in cell # E-1. And the toilet in the day room area does not work. So I have to use the one in the cells. I have very weak kidneys and I have to urinate a lot every 2 to 3 hours And the staff knows this. I beg them every night that Sgt. Jones works to please leave one of the cells open so I can use the toilet And sgt. Jones shift is the only shift that refuses. Him and his officer just laugh and say let the white boys piss in the floor. Instead of using the floor I have been using a 5 gal. bucket. The other shift leaves one of the cells open. It is just the all black shift. This is a act of cruel and unusual punishment. And I fill that my civil rights have been violated. Please help me and the others here at the jail.

Thursday Dec 1 2005
Sgt Parquette left one of the cells open after being told about us sleeping in the day was using a 5 gal bucket for a toilet.

Fri. 2nd Dec Sat, 3rd Sun, 4th
Sgt Jones and staff locked us out in the day with no toilet to use. They just laugh and walked out.

| | | |
|---|---|---|
| Mon. Dec, 5 Sgt Parquette left cell open for us. | Tues. Dec, 6 Sgt Parquette left cell open for us. | Wed. Dec, 7 Sgt Jones locked us out of use of toilet. |
| Thurs, Dec 8 Sgt. Jones locked us out of use of toilet | Fri. Dec 9 Sgt Parquette left cell open for us. | Sat. Dec 10 Sgt Parquette left cell open for us. |
| Sun. Dec, 11 Sgt Parquette left cell open for us. | Mon, Dec, 12 Sgt Jones locked us out and when they walked out of E-1 one of the Officers said fuck all them Motherfuckers lock them down they can piss in the floor. | Tues Dec 13 Sgt Jones locked us out of use of toilet |
| Wed Dec 14 Sgt Parquette left cell open for us. | Thurs. Dec 15 Sgt Parquette left cell open for us. | Fri Dec 16 locked out of use of toilet |
| Sat Dec 17 | Sun Dec 18 | |

To whom it may concern                                12/12/05

Inmate Mike Edwards was being held in holding cell #2 in booking on 12/10/05 thru 12/12/05. I had let officer Wiltsie read a paper about how my life was in danger and officer Wiltsie was at booking telling everyone up there that I was going to sue somebody that is what Mr Edwards told me when they put him back in E-1 cell with me. Mr Edwards was not in E-1 at the time I let officer Wiltsie read that paper it was suppose to be held confidencial between a inmate and a officer. That is something Lee Co Jail officers do not have They will tell the other inmates <u>There Home Boys</u> every thing someone tells them. And that puts my life in danger here at the jail The officers will try to get there home boys to jump on someone by offering them money Please help me with this

Tony Walls