IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONY OLANDA WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1206-MHT |
| | ) | WO |
| MAJOR CARY TOLBERT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 4, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case is dismissed with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B) (I).

Done this the 27th day of January, 2006.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE